IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and §<br>GIZELA FAYYAZ, §<br>12800 Wood Forest Dr., #805 §<br>Houston, Texas  77015 §<br>§<br>    *Plaintiffs*    §<br>§<br>v. §<br>§<br>DEPARTMENT OF HOMELAND §<br>SECURITY, THROUGH ITS §<br>SECRETARY, MICHAEL CHERTOFF, §<br>Washington, D.C. 20528 §<br>EMILIO GONZALEZ, DIRECTOR, §<br>UNITED STATES CITIZENSHIP AND §<br>IMMIGRATION SERVICES (USCIS), §<br>425 I Street NW, Washington, D.C.  20536 §<br>SHARON HUDSON, DISTRICT §<br>DIRECTOR, HOUSTON, USCIS, AND §<br>126 Northpoint Drive, Houston, TX  77060 §<br>ROBERT MUELLER, DIRECTOR, §<br>FEDERAL BUREAU OF §<br>INVESTIGATION, §<br>J. Edgar Hoover Building, 935 Pennsylvania §<br>Avenue, N.W., Washington, D.C. §<br>20535-0001 §<br>§<br>    *Defendants*    § | CIVIL ACTION NO. _____ |

## **PLAINTIFFS' ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

      COME NOW, Mohammad Fayyaz and Gizela Fayyaz, Plaintiffs, to file Plaintiffs'

Original Complaint, showing the Court the following:

### **I.   INTRODUCTION**

1.     Plaintiffs are suing Michael Chertoff, Secretary of the Department of Homeland Security

      ("DHS"), Emilio Gonzalez, Director, United States Citizenship and Immigration Services

("USCIS"), Robert Mueller, Director, Federal Bureau of Investigation, and Sharon Hudson, District Director, USCIS, Defendants, under the Mandamus Act, 28 U.S.C. § 1361, the Declaratory Judgment Act, 28 U.S.C. § 2201, and the Administrative Procedure Act (APA), 5 U.S.C. § 706 *et. seq.*

2. This action is brought against the Defendants to compel action on an application for lawful permanent resident status properly filed by the Plaintiffs. This action is also brought against the Defendants to compel action on a petition for alien relative. These applications were filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiffs' detriment.

## II.  JURISDICTION AND VENUE

3. Under 28 U.S.C. § 1331, the Mandamus Act, 28 U.S.C. § 1361, the Declaratory Judgment Act, 28 U.S.C. § 2201, and the APA, 5 U.S.C. § 706 *et. seq.* the Court has jurisdiction to order Defendants to immediately finish adjudicating Plaintiffs' case. See *Yu v. Brown*, 36 F.Supp.2d 922, 928 (D.N.M. 1999) ("[C]ourts may entertain challenges to unreasonably delayed agency action on the basis of § 1331 jurisdiction and § 706(1) of the APA").

4. Pursuant to 28 U.S.C. § 1391(e), venue is proper in this district because Defendants Department of Homeland Security, Citizenship and Immigration Services, and the Federal Bureau of Investigation reside in this district.

## III.  PARTIES

5. Plaintiffs reside in Houston, Texas.

6. Michael Chertoff, Secretary of the Department of Homeland Security, Emilio Gonzalez, Director of the USCIS, and Sharon Hudson, District Director of the USCIS, Defendants,

may be served by sending a copy of the summons and this Complaint by certified mail to: (1) Office of the General Counsel, United States Department of Homeland Security, Washington, D.C. 20258; (2) Sharon Hudson, District Director, Citizenship and Immigration Services, 126 Northpoint, Houston, Texas 77060; (3) Alberto Gonzales, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001; (4) Jeffrey Taylor, United States Attorney, District of Columbia, Judiciary Center Building, 555 Fourth Street, N.W., Washington, D.C. 20530; (5) Michael Chertoff, Secretary, Department of Homeland Security, Washington, D.C. 20528; (6) Emilio Gonzalez, Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, 425 I Street NW, Washington, D.C. 20536; and (7) Robert Mueller, Director, Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535-0001.

## IV. FACTS

7. Plaintiff Mohammad Fayyaz is a 29 year old native and citizen of Pakistan. Plaintiff's alien number is A 099143922. Plaintiff was last admitted to the United States on December 22, 2002 on an F-1 visa to study at the University of Houston –Downtown in Houston, Texas. Plaintiff originally was admitted to the United States on August 2, 1996 on an F-1 visa to study at Texas Southern University in Houston, Texas.

8. Plaintiff Mohammad Fayyaz married Plaintiff Gizela Fayyaz, a U.S. citizen, on November 14, 2003.

9. On June 29, 2004, Plaintiff Gizela Fayyaz, filed an I-130 petition for alien relative for Plaintiff Mohammad Fayyaz with the U.S.C.I.S.. Concurrently, Plaintiff Mohammad Fayyaz applied for adjustment of status.

10. On February 10, 2005, Plaintiffs appeared as scheduled at an adjustment of status interview in Houston, Texas. Plaintiffs were given a Request for Evidence from U.S.C.I.S. requesting that within one month they produce a certified copy of Plaintiff Mohammad Fayyaz's arrest record from the police and/or sheriff's department for any and all arrests.

11. On February 11, 2005, U.S.C.I.S. received Plaintiffs' response to the Request for Evidence.

12. Defendants have sufficient information to determine Plaintiff Mohammad Fayyaz's eligibility for the I-485 application pursuant to applicable requirements. Defendants have not issued any decision concerning Plaintiff Mohammad Fayyaz since February 10, 2005.

13. Defendants have sufficient information to determine Plaintiff Gizela Fayyaz's eligibility for the I-130 petition pursuant to applicable requirements. Defendants have not issued any decision concerning Plaintiff Gizela Fayyaz since February 10, 2005.

14. Plaintiffs have made status inquiries in an attempt to secure adjudication of the applications, all to no avail. (See Exhibits 1, 2, and 3). Accordingly, Plaintiffs have been forced to retain the services of an attorney to pursue the instant action.

15. Plaintiffs request that the Court order Defendants to immediately finish adjudicating Plaintiffs' applications. Defendants' refusal to act on these applications is, as a matter of law, arbitrary and not in accordance with the law.

16. Plaintiffs' situation is an actual controversy. Plaintiffs request that the Court declare Plaintiffs' rights and other legal relations.

17. Aside from a writ of mandamus, no adequate remedy is available to Plaintiffs.

18. All conditions precedent have been performed or have occurred.

19. Plaintiffs are suing Defendants in their official capacities.

## V.  CLAIMS FOR RELIEF

20. Plaintiffs re-allege sections I-IV as if fully set forth herein.

21. In breach of their duty to Plaintiffs, Defendants have failed to finish adjudicating Plaintiffs' cases within a reasonable time.

22. Under the Mandamus Act, 28 U.S.C. § 1361, the APA, 5 U.S.C. § 706, and the Declaratory Judgment Act, 28 U.S.C. § 2201, Plaintiffs are entitled to an affirmative injunction, a declaratory judgment, and a writ of mandamus commanding Defendants to immediately finish adjudicating Plaintiffs' cases.

23. Pursuant to the the APA, 5 U.S.C. § 706, Plaintiffs request that the Court compel agency action unreasonably delayed and unlawfully withheld, and hold unlawful and set aside agency action that is arbitrary, capricious, an abuse of discretion, not in accordance with law, and without observance of procedure required by law.

24. Plaintiffs are entitled to recover reasonable attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

## V.  PRAYER FOR RELIEF

25. For the foregoing reasons, Plaintiffs respectfully request that the Defendants be cited to appear and that, upon due consideration, the Court enter an order:

    a. requiring Defendants to immediately finish adjudicating Plaintiff Mohammad Fayyaz's application for adjustment of status;

    b. requiring Defendants to immediately finish adjudicating Plaintiff Gizela Fayyaz's I-130 petition for alien relative.

    c. awarding Plaintiffs' reasonable attorney's fees, expenses, and costs; and

d.    granting Plaintiffs such other and further relief as the Court may deem just and proper.

    Respectfully submitted,

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind
Smith, Hudson & Carluzzo, P.C.
9300 West Courthouse Road
Judiciary Square – Suite 203
Manassas, Virginia 20110
(703) 361-0776 ext 107
DC Bar ID number 425185

COANE & ASSOCIATES

/s/ James P. McCollom, Jr.
Bruce A. Coane
SBOT No. 04423600
Ajay Choudhary
SBOT No. 90001623
James P. McCollom, Jr.
SBOT No. 13431960
3D/International Tower
1900 West Loop South
Suite 820
Houston, TX 77027-3206
713-850-0066
713-850-8528  FAX

## James McCollom

**From:** Frank Fayyaz [frankfayyaz@yahoo.com]
**Sent:** Monday, November 13, 2006 2:22 PM
**To:** jamesm@coane.com
**Subject:** Fwd: FW: L. Status Inquiry on I-130/I-485 pending more than 1 year after I-72 response sent
**Attachments:** SECURITY CHECKS PENDING.doc

Please Open the attachment for more details

*Anne Mckay <amckay@quanlaw.com>* wrote

> Subject: FW: L. Status Inquiry on I-130/I-485 pending more than 1 year after I-72 response sent
> Date: Tue, 7 Mar 2006 09:51:17 -0600
> From: "Anne Mckay" <amckay@quanlaw.com>
> To: <frankfayyaz@yahoo.com>,
> <mohammad.fayyaz@getronics.com>
>
> Mohammad Fayyaz:
>
> Please find the attached response from the Houston District Center. We will calendar another inquiry to be sent in 180 days if a response is not received before then. If you should have any further questions, please contact Attorney Avalyn C. Langemeier at (713)625-9266 or alangemeier@quanlaw.com. Thanks.
>
> agm
>
> ---
>
> **From:** Houston, Inquiries [mailto:]
> **Sent:** Monday, March 06, 2006 10:00 AM
> **To:** Avalyn Langemeier
> **Subject:** RE: L. Status Inquiry on I-130/I-485 pending more than 1 year after I-72 response sent
>
> We are in receipt of your inquiry dated 03/02/06. This case is still pending FBI name check clearance.
> Please see attached.
>
> Thank You/USCIS
> Correspondence Unit/TG
>
> ---
>
> **From:** Avalyn Langemeier [mailto:alangemeier@quanlaw.com]
> **Sent:** Thursday, March 02, 2006 12:06 PM
> **To:** Houston, Inquiries
> **Subject:** L. Status Inquiry on I-130/I-485 pending more than 1 year after I-72 response sent
>
> **Beneficiary: Mohammad FAYYAZ, A 099 143 922**
> Petitioner: FAYYAZ, Gizela Rodriguez
> Date of filing I-130/I-485: June 29, 2004
> Application No.: MSC0427321762
> New Address:
>   12800 Woodforest, Apt. 805
>   Houston, Texas 77015



EXHIBIT
1

1/22/2006

The beneficiary and his USC spouse were interviewed by Officer L. Baumann on February 10, 2005. **An I-72 was issued and timely responded to on February 11, 2005.** We have done three inquiries but not received a response. The case has been pending over a year and a half and the I-72 was responded to more than a year ago. **Please advise as to this status.**

Thank you in advance for your attention. An AR-11 form will also be submitted.

*Avalyn C. Langemeier*
Attorney at Law
Quan, Burdette & Perez, P.C.
5177 Richmond Ave, Suite 800
Houston, Texas 77056
Tel: 713-625-9266 ~ Fax: 713-625-9292
*www.quanlaw.com*

CONFIDENTIALITY NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this email is a violation of federal criminal law.

Everyone is raving about the all-new Yahoo! Mail beta.

1/22/2006



**U.S. Department of Homeland Security**
U.S. Citizenship & Immigration Services

*Houston District Office*
*126 Northpoint Drive*
*Houston, Texas 77060*

Date: November 29, 2005
A#:

## A Note to Our Applicants Regarding National Security Checks

A final decision cannot be made on any application for adjustment of status to lawful permanent resident until national security checks are complete and the local CIS office receives a response.

This process can take many months. Authorities in the Washington, D.C. area complete the checks and this office has no control over the pace of their completion. In fact, **it is not unusual for the checks to take well over six months.**

It is important to understand that your case is not the only one. At any given time there are many of this office's cases pending due to national security checks and a significant portion of the checks take more than six months. Cases pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

I thank you for your patience and, with this information in mind, I ask that you or your representative **wait at least 180 days from the date of this notice before making any inquiries into the status of your case.** This will help us use our personnel more efficiently to complete cases rather than diverting them to answer premature status inquiries.

Sincerely,

Sharon A. Hudson
District Director



EXHIBIT 2

**James McCollom**

| | |
|---|---|
| **From:** | Frank Fayyaz [frankfayyaz@yahoo.com] |
| **Sent:** | Monday, November 13, 2006 2:24 PM |
| **To:** | jamesm@coane.com |
| **Subject:** | Fwd: FW: "B" and "L" (06-05-06) Mohammad FAYYAZ |

*Anne Mckay <amckay@quanlaw.com>* wrote:

> Subject: FW: "B" and "L" (06-05-06) Mohammad FAYYAZ
> Date: Mon, 5 Jun 2006 14:22:22 -0500
> From: "Anne Mckay" <amckay@quanlaw.com>
> To: <frankfayyaz@yahoo.com>,
> <mohammad.fayyaz@getronics.com>
>
> Mr. Fayyaz:
>
> I just sent another inquiry to follow up on your case. We hope to receive an actual response, if not, we will continue to follow up every days until your case is approved. Thanks.
>
> Respectfully,
>
> *Ms. Annie G. McKay*
> Secretary to Kelly D. Cobb &
> Avalyn C. Langemeier
>
> ---
>
> *Quan, Burdette & Perez, P.C.*
> 5177 Richmond Ave, Ste 800
> Houston, Texas 77056
> Direct Line: (713)625-9266
> Fax: (713)625-9292
>
> **CONFIDENTIALITY NOTICE** - This transmission may be: (1) subject to Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this email is a violation of federal criminal law.
>
> ---
>
> **From:** Anne Mckay
> **Sent:** Monday, June 05, 2006 2:19 PM
> **To:** 'Houston, Inquiries'
> **Subject:** "B" and "L" (06-05-06) Mohammad FAYYAZ
>
> 1) **Attorney's Information:** Avalyn C. Langemeier, alangemeier@quanlaw.com, phone: (713)625-9266 / fax: (713) 625-9292
>
> 2) **Name of Client/Applicant:** Mohammad FAYYAZ



EXHIBIT
3

11/22/2006

3)  **A#:**   A 099 143 922

4)  **Application Type:**   I-485

5)  **Date of Filing:**   June 22, 2004

6)  **Client's/Applicant's Current Address:**   12800 Woodforest, Apartment 805 / Houston, Texas 77015

7)  **Comment:**   The beneficiary and his USC spouse were interviewed by Office L. Baumann on February 10, 2005. An I-72 was issued and timely responded to on February 11, 2005. Please status of this pending application. Thanks.

Respectfully,

*Ms. Annie G. McKay*
Secretary to Kelly D. Cobb &
Avalyn C. Langemeier

*Quan, Burdette & Perez, P.C.*
5177 Richmond Ave, Ste 800
Houston, Texas 77056
Direct Line: (713)625-9266
Fax: (713)625-9292

CONFIDENTIALITY NOTICE - This transmission may be: (1) subject to Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this email is a violation of federal criminal law.

Want to start your own business? Learn how on Yahoo! Small Business.

11/22/2006

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

C06-2016
HHK

## I (a) PLAINTIFFS

Mohammed Fayyaz and Gisela Fayyaz

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Harris
(EXCEPT IN U.S. PLAINTIFF CASES)
88888

## DEFENDANTS

Dept of Homeland Security et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jonathan S Rochkind    Bruce A Coane
9800 West Courthouse Road  1900 West Loop South, Ste 820
Judiciary Square - Suite 203  Houston, TX 77027
Manassas, VA 20110  (703) 361-0776  (713) 850-0066

CASE NUMBER 1:06CV02016

JUDGE: Henry H. Kennedy

DECK TYPE: Administrative Agency Review

DATE STAMP: 11/27/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☒ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(7)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC §1361 SUIT TO COMPEL ACTION ON AN APPLICATION FOR LAWFUL PERMANENT RESIDENT STATUS THAT HAS BEEN PENDING FOR ALMOST TWO AND A HALF YEARS

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11/22/06   SIGNATURE OF ATTORNEY OF RECORD *James P. McGlothlin*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.