IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and § <br> GIZELA FAYYAZ, § <br> 12800 Wood Forest Dr., #805 § <br> Houston, Texas 77015 § <br> § <br> *Plaintiffs* § <br> § <br> v. § <br> § <br> DEPARTMENT OF HOMELAND § <br> SECURITY, THROUGH ITS § <br> SECRETARY, MICHAEL CHERTOFF, § <br> Washington, D.C. 20528 § <br> EMILIO GONZALEZ, DIRECTOR, § <br> UNITED STATES CITIZENSHIP AND § <br> IMMIGRATION SERVICES (USCIS), § <br> 425 I Street NW, Washington, D.C. 20536 § <br> SHARON HUDSON, DISTRICT § <br> DIRECTOR, HOUSTON, USCIS, AND § <br> 126 Northpoint Drive, Houston, TX 77060 § <br> ROBERT MUELLER, DIRECTOR, § <br> FEDERAL BUREAU OF § <br> INVESTIGATION, § <br> J. Edgar Hoover Building, 935 Pennsylvania § <br> Avenue, N.W., Washington, D.C. § <br> 20535-0001 § <br> § <br> *Defendants* § | CIVIL ACTION NO. _____ |

## EX PARTE MOTION FOR PERMISSION TO APPEAR AND PARTICIPATE AS VISITING ATTORNEYS OR PRO HAC VICE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Ajay Choudhary and James P. McCollom, Jr. ("Applicant attorneys") and seeks permission to appear and participate as Visiting Attorneys or pro hac vice counsel pursuant to Local Rule LCvR 83.2(d) only in this particular case and would show as follows:

I.

Applicant attorneys are members in good standing of the Supreme Court of Texas. Applicant attorneys are also admitted to the United States District Court for the Southern and Western Districts of Texas. Applicant attorneys are also admitted to the Fifth Circuit United States Court of Appeals.

II.

Applicant attorneys are attorneys at the law firm of Coane and Associates, 1900 West Loop South, Suite 820, Houston, Texas 77027. (713) 850-0066.

III.

Applicant attorneys have stated under oath whether any disciplinary charges or criminal proceedings have been instituted against him, and, if so, have disclosed full information about the proceedings or charges and the results thereof. Please see attached an affidavit from each attorney. (Exhibits 1-2).

IV.

Applicant attorneys have never been admitted pro hac vice in this Court.

V.

Applicant attorneys are not members of the District of Columbia Bar or have an application for membership pending.

Whereas applicant attorneys pray that this Honorable Court grant permission for the applicant attorneys to appear as visiting attorneys or pro hac vice counsel.

Respectfully submitted,

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind
Smith, Hudson & Carluzzo, P.C.
9300 West Courthouse Road

2


        Judiciary Square – Suite 203
        Manassas, Virginia 20110
        (703) 361-0776 ext 107
        DC Bar ID number 425185


        COANE & ASSOCIATES


        <u>/s/ James P. McCollom, Jr.</u>
        Ajay Choudhary
        SBOT No. 90001623
        Fed. ID. # 21837 (S.D. Tex)
        James P. McCollom, Jr.
        SBOT No. 13431960
        Fed. ID. # 12592 (S.D. Tex)
        3D/International Tower
        1900 West Loop South
        Suite 820
        Houston, TX 77027-3206
        713-850-0066
        713-850-8528  FAX

**AFFIDAVIT OF AJAY CHOUDHARY**

On this day personally appeared Ajay Choudhary, who swore to the following:

I, Ajay Choudhary, have personal knowledge of the facts stated in this affidavit and they are true and correct.  I am over 21 years of age and am fully competent to make this affidavit.

1. No disciplinary charges have ever been instituted against me.

2. No criminal proceedings have ever been instituted against me.

   I swear under penalty of perjury that the above statements are all true and correct.
   .


November 22, 2006			Ajay Choudhary
Date					Ajay Choudhary

# AFFIDAVIT OF JAMES P. McCOLLOM, JR.

        On this day personally appeared James P. McCollom, Jr., who swore to the following:

I, James P. McCollom, Jr., have personal knowledge of the facts stated in this affidavit and they are true and correct. I am over 21 years of age and am fully competent to make this affidavit.

1. No disciplinary charges have ever been instituted against me.

2. No criminal proceedings have ever been instituted against me.

        I swear under penalty of perjury that the above statements are all true and correct.
   .


| | |
|---|---|
| November 22, 2006 | /s/ James P. McCollom, Jr. |
| Date | James P. McCollom, Jr. |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD FAYYAZ and<br>GIZELA FAYYAZ,<br><br>    *Plaintiffs*<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, THROUGH ITS<br>SECRETARY, MICHAEL CHERTOFF,<br>EMILIO GONZALEZ, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS),<br>SHARON HUDSON, DISTRICT<br>DIRECTOR, HOUSTON, USCIS, AND<br>ROBERT MUELLER, DIRECTOR,<br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. _____ |

**ORDER**

The Court FINDS that there is good cause to grant the motion of the attorneys Ajay Choudhary and James P. McCollom, Jr. to appear pro hac vice before this Court..

WHEREFORE, it is ORDERED that attorneys Ajay Choudhary and James P. McCollom, Jr. are permitted to practice as pro hac vice counsel before this Court only in this particular case.

_____
UNITED STATES DISTRICT JUDGE