UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and<br>GIZELA FAYYAZ,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, through its Secretary,<br>MICHAEL CHERTOFF; EMILIO<br>GONZALEZ, Director, UNITED<br>STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS);<br>SHARON HUDSON, District Director,<br>USCIS Houston; and ROBERT<br>MUELLER, Director, FEDERAL<br>BUREAU OF INVESTIGATION (FBI),<br><br>    Defendants. | CIVIL ACTION NO.<br>06cv2016 (HHK) |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendants in this action.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar #498610

    _____
    KAREN L. MELNIK D.C. BAR #436452
    Assistant United States Attorney
    U.S. Attorney's Office for the    District of Columbia
    Civil Division
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 307-0338 (O)