UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and<br>GIZELA FAYYAZ,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, through its Secretary,<br>MICHAEL CHERTOFF; EMILIO<br>GONZALEZ, Director, UNITED<br>STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS);<br>SHARON HUDSON, District Director,<br>USCIS Houston; and ROBERT<br>MUELLER, Director, FEDERAL<br>BUREAU OF INVESTIGATION (FBI),<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>)    06cv2016 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiffs' Complaint. In support of this request, the defendants state as follows:

1. The defendants' answer is due to be filed on February 20, 2007.

2. The undersigned has been working with agency counsel in drafting a dispositive motion which defendants expect to file. Unfortunately, the undersigned does not expect the dispositive motion to be drafted and reviewed by the filing deadline.

3. The undersigned will be out of the country from February 24th through March 5th.

4.  The defendants are requesting an additional three weeks to file a dispositive motion.

5.  Undersigned counsel spoke with counsel for plaintiffs, Mr. James P. McCollon, Jr., concerning this request for an enlargement. Counsel stated that plaintiffs consent to this request for an enlargement.

Wherefore the defendants request until March 13, 2007, to file their disposition motion. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and GIZELA FAYYAZ,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, through its Secretary, MICHAEL CHERTOFF; EMILIO GONZALEZ, Director, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); SHARON HUDSON, District Director, USCIS Houston; and ROBERT MUELLER, Director, FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>    Defendants. | CIVIL ACTION NO.<br>06cv2016 (HHK) |

ORDER

UPON CONSIDERATION of the Defendants' Consent Motion For Enlargement of Time to File a dispositive motion, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until March 13, 2007, to respond to the complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. James P. McCollon, Jr.
3D/International Tower
1900 West Loop South
Suite 820
Houston, TX 77027-3206

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530