IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and § <br> GIZELA FAYYAZ, § <br> § <br> *Plaintiffs* § <br> § <br> v. § <br> § <br> DEPARTMENT OF HOMELAND § <br> SECURITY, THROUGH ITS § <br> SECRETARY, MICHAEL CHERTOFF, § <br> EMILIO GONZALEZ, DIRECTOR, § <br> UNITED STATES CITIZENSHIP AND § <br> IMMIGRATION SERVICES (USCIS), § <br> SHARON HUDSON, DISTRICT § <br> DIRECTOR, HOUSTON, USCIS, AND § <br> ROBERT MUELLER, DIRECTOR, § <br> FEDERAL BUREAU OF § <br> INVESTIGATION, § <br> § <br> *Defendants* § | Civil Action No. 06-2016 (HHK) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER,
OR IN THE ALTERNATIVE, DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Mohammad Fayyaz and Gizela Fayyaz, Plaintiffs, and respectfully move this Court for an enlargement of time, up to and including April 16, 2007, in which to file a response to Defendants' Motion to Transfer or, in the Alternative, to Dismiss. In support of this unopposed motion, Plaintiff submits the following facts and grounds:

1. Assistant United States Attorney Karen L. Melnik filed Defendant's Motion to Transfer or, in the Alternative, to Dismiss on March 13, 2007.

2.	According to the Local Rules of the District Court of the District of Columbia, a party opposing a motion shall file a response and supporting documents as are then available within eleven (11) days of service of the motion.

3.	In their 28-page Motion and additional supporting exhibits, Defendants raise a series of complex legal arguments attacking jurisdiction and venue.

4.	Plaintiffs are requesting until April 16, 2007 to have adequate time to complete their research and analysis of the issues in the case.

5.	Plaintiffs do not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice Defendants.

6.	On March 13, 2007, Plaintiffs' counsel, James P. McCollom, Jr., contacted Defendants' counsel, Karen L. Melnik, to confer regarding this motion. Attorney Melnik graciously agreed to the proposed extension of time until April 16, 2007.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enlarge the time for the Plaintiffs' response to the Defendants' Motion to Transfer or, Dismiss to April 16, 2007.

Respectfully submitted,

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind
Smith, Hudson & Carluzzo, P.C.
9300 West Courthouse Road
Judiciary Square – Suite 203
Manassas, Virginia 20110
(703) 361-0776 ext 107
DC Bar ID number 425185

                        COANE & ASSOCIATES

                        /s/ James P. McCollom, Jr.
                        Bruce A. Coane
                        SBOT No. 04423600
                        Fed. ID. # 7205 (S.D. Tex)
                        Ajay Choudhary
                        SBOT No. 90001623
                        Fed. ID. # 21837 (S.D. Tex)
                        James P. McCollom, Jr.
                        SBOT No. 13431960
                        Fed. ID. # 12592 (S.D. Tex)
                        3D/International Tower
                        1900 West Loop South
                        Suite 820
                        Houston, TX 77027-3206
                        713-850-0066
                        713-850-8528  FAX

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by electronic means through the Electronic Case Filing system on this 15th day of March, 2007, to:

                Ms. Karen L. Melnik
                Assistant U.S. Attorney
                Judiciary Center Building
            555 4th Street, NW Rm. E-4112
                    Civil Division
                Washington, DC 20530
              Karen.melnik@usdoj.gov

                        /s/ James P. McCollom, Jr.
                        James P. McCollom, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and GIZELA FAYYAZ, § § § | |
| *Plaintiffs* § | Civil Action No. 06-2016 (HHK) |
| § | |
| v. § | |
| § | |
| DEPARTMENT OF HOMELAND SECURITY, THROUGH ITS SECRETARY, MICHAEL CHERTOFF, EMILIO GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), SHARON HUDSON, DISTRICT DIRECTOR, HOUSTON, USCIS, AND ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, § § § § § § § § § § § § | |
| *Defendants* § | |

## **ORDER**

The Court FINDS that there is good cause to grant Plaintiffs' unopposed request for an enlargement of time to file a response to Defendants' Motion to Transfer or, in the Alternative, to Dismiss.

Accordingly, it is ORDERED that Plaintiff is granted up to and including April 16, 2007 to file a response to Defendants' Motion to Transfer or, in the Alternative, to Dismiss.

DONE and ORDERED at the District of Columbia, this _____ day of

_____ , 2007.

_____
U.S. DISTRICT JUDGE