IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD FAYYAZ and<br>GIZELA FAYYAZ,<br><br>    *Plaintiffs*<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, THROUGH ITS<br>SECRETARY, MICHAEL CHERTOFF,<br>EMILIO GONZALEZ, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS),<br>SHARON HUDSON, DISTRICT<br>DIRECTOR, HOUSTON, USCIS, AND<br>ROBERT MUELLER, DIRECTOR,<br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 06-2016 (HHK) |

### PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER, OR IN THE ALTERNATIVE, DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Mohammad Fayyaz and Gizela Fayyaz, Plaintiffs, and respectfully move this Court for an enlargement of time, up to and including May 7, 2007, in which to file a response to Defendants' Motion to Transfer or, in the Alternative, to Dismiss. In support of this unopposed motion, Plaintiff submits the following facts and grounds:

1.   Assistant United States Attorney Karen L. Melnik filed Defendant's Motion to Transfer or, in the Alternative, to Dismiss on March 13, 2007.

2.  According to the Local Rules of the District Court of the District of Columbia, a party opposing a motion shall file a response and supporting documents as are then available within eleven (11) days of service of the motion.

3.  In their 28-page Motion and additional supporting exhibits, Defendants raise a series of complex legal arguments attacking jurisdiction and venue.

4.  Plaintiffs filed an Unopposed Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss requesting until April 16, 2007 to have adequate time to complete their research and analysis of the issues in the case.

5.  The Court granted the initial motion.

6.  Plaintiffs are now filing an Unopposed Second Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss requesting until May 7, 2007 to have adequate time to complete their research and analysis of the issues in the case.

7.  On April 6, 2007, Plaintiffs' counsel, James P. McCollom, Jr., contacted Defendants' counsel, Karen L. Melnik, to confer regarding this second motion. Attorney Melnik graciously agreed to the proposed extension of time until May 7, 2007.

8.  Plaintiffs do not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice Defendants. Plaintiff's counsel has an extremely heavy caseload at the present time.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enlarge the time for the Plaintiffs' response to the Defendants' Motion to Transfer or, Dismiss to May 7, 2007.

Respectfully submitted,

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind

        Smith, Hudson & Carluzzo, P.C.
9300 West Courthouse Road
Judiciary Square – Suite 203
Manassas, Virginia 20110
(703) 361-0776 ext 107
DC Bar ID number 425185


        COANE & ASSOCIATES


        /s/ James P. McCollom, Jr.
Bruce A. Coane
SBOT No. 04423600
Fed. ID. # 7205 (S.D. Tex)
Ajay Choudhary
SBOT No. 90001623
Fed. ID. # 21837 (S.D. Tex)
James P. McCollom, Jr.
SBOT No. 13431960
Fed. ID. # 12592 (S.D. Tex)
3D/International Tower
1900 West Loop South
Suite 820
Houston, TX 77027-3206
713-850-0066
713-850-8528  FAX

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by electronic means through the Electronic Case Filing system on this 6th day of April, 2007, to:

Ms. Karen L. Melnik
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, NW Rm. E-4112
Civil Division
Washington, DC 20530
Karen.melnik@usdoj.gov


        /s/ James P. McCollom, Jr.
James P. McCollom, Jr.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD FAYYAZ and GIZELA FAYYAZ, | § § § | |
| *Plaintiffs* | § § | Civil Action No. 06-2016 (HHK) |
| v. | § § | |
| DEPARTMENT OF HOMELAND SECURITY, THROUGH ITS SECRETARY, MICHAEL CHERTOFF, EMILIO GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), SHARON HUDSON, DISTRICT DIRECTOR, HOUSTON, USCIS, AND ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, | § § § § § § § § § § § § § | |
| *Defendants* | § | |

## **ORDER**

The Court FINDS that there is good cause to grant Plaintiffs' second unopposed request for an enlargement of time to file a response to Defendants' Motion to Transfer or, in the Alternative, to Dismiss.

Accordingly, it is ORDERED that Plaintiff is granted up to and including May 7, 2007 to file a response to Defendants' Motion to Transfer or, in the Alternative, to Dismiss.

DONE and ORDERED at the District of Columbia, this _____ day of

_____ , 2007.

_____
U.S. DISTRICT JUDGE

P:\Jim's Documents F-J\Fayyaz\order for enlargement of time2.doc