UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD FAYYAZ and<br>GIZELA FAYYAZ, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. |
| DEPARTMENT OF HOMELAND<br>SECURITY, through its Secretary,<br>MICHAEL CHERTOFF; EMILIO<br>GONZALEZ, Director, UNITED<br>STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS);<br>SHARON HUDSON, District Director,<br>USCIS Houston; and ROBERT<br>MUELLER, Director, FEDERAL<br>BUREAU OF INVESTIGATION (FBI), | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 06cv2016 (HHK) |
| Defendants. | ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply in support of their motion to transfer venue or, in the alternative, to dismiss.  In support of this request, the defendants state as follows:

1. The defendants' reply is due to be filed on April 30, 2007.

2. The undersigned is working with agency counsel in drafting a reply in support of defendants' motion to transfer, in the alternative, to dismiss.  Unfortunately, due to both the undersigned Assistant's and the agency counsel's heavy caseload, the defendants do not expect the reply to be drafted and reviewed for final filing by

the deadline. Plaintiffs filed two consent motions for extension of time in which to file their opposition, which the Court granted.

3. The defendants are requesting an additional thirty (30) days to file a reply in support of motion to transfer or, in the alternative, to dismiss.

4. Undersigned counsel has previously spoken with counsel for plaintiffs, Mr. James P. McCollon, Jr., concerning this request for an enlargement. Counsel stated that plaintiffs consent to this request for an enlargement.

Wherefore the defendants request until May 30, 2007, to file their reply. A proposed Order accompanies this motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD FAYYAZ and ) <br> GIZELA FAYYAZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, through its Secretary, ) <br> MICHAEL CHERTOFF; EMILIO ) <br> GONZALEZ, Director, UNITED ) <br> STATES CITIZENSHIP AND ) <br> IMMIGRATION SERVICES (USCIS); ) <br> SHARON HUDSON, District Director, ) <br> USCIS Houston; and ROBERT ) <br> MUELLER, Director, FEDERAL ) <br> BUREAU OF INVESTIGATION (FBI), ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 06cv2016 (HHK) |

ORDER

UPON CONSIDERATION of the Defendants' Consent Motion For Enlargement of Time to File a reply, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until May 30, 2007, to file a reply in support of motion to transfer or, in the alternative, to dismiss.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. James P. McCollon, Jr.
3D/International Tower
1900 West Loop South
Suite 820
Houston, TX 77027-3206

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530